AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, David C. | U.S. District Court | 08/09/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

P.O. Box 835
Charleston, SC 29402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust (Trust #1) |
| 2. | Trustee | Article 5 Trust |
| 3. | Trustee | Article 6 Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Fulton County Medical Examiner, Atlanta, GA. - Salary |
| 2. 2012 | Web MD - Editorial Stipend |
| 3. 2012 | Private Consulting |
| 4. 2012 | Medical Director, Life Point of SC |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Lousiana State Bar | 11/28/12 to 12/01/12 | New Orleans, LA | Activity of professional association | Transportation, lodging & food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | | None | L | T | | | | | |
| 3. Alcoa Inc | A | Dividend | J | T | | | | | |
| 4. Allianz Life Franklin Valuemark | A | Dividend | L | T | | | | | |
| 5. Altria Group | A | Dividend | J | T | | | | | |
| 6. American Express Co | A | Dividend | J | T | | | | | |
| 7. Amgen Inc | A | Dividend | J | T | | | | | |
| 8. AT&T Inc #1 | A | Dividend | J | T | | | | | |
| 9. AT&T Inc #2 | A | Dividend | J | T | | | | | |
| 10. AT&T Inc #3 | A | Dividend | K | T | | | | | |
| 11. Bank of America | A | Dividend | K | T | | | | | |
| 12. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 13. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 14. BP PLC Spons ADR | A | Dividend | K | T | | | | | |
| 15. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 16. American Cap Wrld Gr & Inc A #1 | A | Dividend | K | T | Buy (add'l) | 04/02/12 | J | | |
| 17. American Cap Wrld Gr & Inc A #2 | A | Dividend | K | T | Buy (add'l) | 04/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Cap Wrld Gr & Inc A #3 | A | Dividend | K | T | | | | | |
| 19. American Cap Wrld Gr & Inc A #4 | A | Dividend | K | T | | | | | |
| 20. Chevron Corp #1 | B | Dividend | J | T | | | | | |
| 21. Chevron Corp #2 | A | Dividend | K | T | | | | | |
| 22. Chevron Corp #3 | A | Dividend | K | T | | | | | |
| 23. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 24. Citibank Deposit Program #1 | A | Interest | J | T | | | | | |
| 25. Citibank Deposit Program #2 | A | Interest | K | T | | | | | |
| 26. Citibank Deposit Program #3 | A | Interest | K | T | | | | | |
| 27. Citigroup Inc | A | Dividend | J | T | | | | | |
| 28. Coca-Cola Co | A | Dividend | J | T | | | | | |
| 29. Comcast Corp CL A #1 | A | Dividend | J | T | | | | | |
| 30. Comcast Corp CL A #2 | A | Dividend | J | T | | | | | |
| 31. CSX Corp | A | Dividend | K | T | | | | | |
| 32. Dell Inc | | None | J | T | | | | | |
| 33. Walt Disney Co #1 | A | Dividend | J | T | | | | | |
| 34. Walt Disney Co #2 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Walt Disney Co #3 | A | Dividend | J | T | | | | | |
| 36. Dover | A | Dividend | K | T | | | | | |
| 37. Dow Chemical 31 | A | Dividend | J | T | | | | | |
| 38. Dow Chemical #2 | A | Dividend | J | T | | | | | |
| 39. Duke Energy | A | Dividend | K | T | | | | | |
| 40. E I Dupont Co | A | Dividend | J | T | | | | | |
| 41. EV SC Muni Income A | C | Interest | N | T | | | | | |
| 42. Eli Lilly & Co #1 | B | Dividend | K | T | | | | | |
| 43. Eli Lilly & Co #2 | A | Dividend | J | T | | | | | |
| 44. Emerson Electric | A | Dividend | K | T | | | | | |
| 45. Energy Transfer Partners LP #1 | | None | K | T | | | | | |
| 46. Energy Transfer Partners LP #2 | | None | K | T | | | | | |
| 47. Exxon Mobil Corp #1 | A | Dividend | J | T | | | | | |
| 48. Exxon Mobil Corp #2 | B | Dividend | K | T | | | | | |
| 49. First Federal of Charleston | C | Interest | O | T | | | | | |
| 50. First Financial Holdings Inc #1 | A | Dividend | M | T | | | | | |
| 51. First Financial Holdings Inc #2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Co #1 | A | Dividend | K | T | | | | | |
| 53. General Electric Co #2 | A | Dividend | K | T | | | | | |
| 54. General Electric Co #3 | B | Dividend | L | T | | | | | |
| 55. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 56. American Gr Fd of America A #1 | A | Dividend | K | T | | | | | |
| 57. American Gr Fd of America A #2 | A | Dividend | K | T | | | | | |
| 58. American Gr Fd of America A #3 | A | Dividend | J | T | | | | | |
| 59. Guided Therapuetics Inc | | None | J | T | | | | | |
| 60. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |
| 61. Hartford Capital Appreciation Fund (IRA) | B | Dividend | M | T | | | | | |
| 62. Hewlett Packard Co | A | Dividend | J | T | | | | | |
| 63. Home Depot Inc | A | Dividend | K | T | | | | | |
| 64. Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 65. IBM | A | Dividend | M | T | | | | | |
| 66. Intel (IRA) #1 | B | Dividend | K | T | | | | | |
| 67. Intel #2 | A | Dividend | J | T | | | | | |
| 68. Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kimberly Clark | A | Dividend | J | T | | | | | |
| 70. Kraft Foods Inc CL A | A | Dividend | J | T | | | | | |
| 71. Legg Mason Clrbridge Agg Gw C | | None | J | T | | | | | |
| 72. Legg Mason Cap Mgmt Val C | A | Dividend | K | T | | | | | |
| 73. Lincoln National Corp | A | Dividend | J | T | | | | | |
| 74. Linciln National Legacy II | A | Dividend | O | T | | | | | |
| 75. Lincoln American Legacy View | A | Dividend | M | T | | | | | |
| 76. MFS South Carolina Muni Bond CL A | A | Interest | M | T | | | | | |
| 77. Mass Mutual Life Ins | | None | J | T | | | | | |
| 78. McDonalds Corp | A | Dividend | K | T | | | | | |
| 79. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 80. Metlife TVL Metlife Portfolioaccess | A | Dividend | M | T | | | | | |
| 81. Metlife TVL Marquis Portfolios | A | Dividend | N | T | | | | | |
| 82. Microsoft Corp | A | Dividend | J | T | | | | | |
| 83. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 84. Motorola Solutions Inc | A | Dividend | J | T | | 01/07/11 | J | | |
| 85. 3M Company A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Nokia Corp | | None | J | T | | | | | |
| 87. | Norfolk Southern | B | Dividend | L | T | | | | | |
| 88. | North Carolina Rental Property 100% Transylvania County, NC | B | Rent | P1 | W | | | | | |
| 89. | Paragon Life Fixed Fund | | None | J | T | | | | | |
| 90. | Pepsico Inc | A | Dividend | J | T | | | | | |
| 91. | Pfizer Inc #1 | A | Dividend | J | T | | | | | |
| 92. | Pfizer Inc #2 | A | Dividend | J | T | | | | | |
| 93. | Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 94. | Proctor & Gamble #1 | A | Dividend | K | T | | | | | |
| 95. | Proctor & Gamble #2 | A | Dividend | K | T | | | | | |
| 96. | Progress Energy | A | Dividend | J | T | Merged (with line 39) | 07/02/12 | J | | |
| 97. | Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | M | T | | | | | |
| 98. | Safeway Inc New | A | Dividend | J | T | | | | | |
| 99. | SCANA Corp | A | Dividend | K | T | | | | | |
| 100. | SCBT | A | Dividend | K | T | | | | | |
| 101. | South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 102. | South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Suntrust Banks Inc | A | Dividend | L | T | | | | | |
| 104.  Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 105.  Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 106.  Time Warner Inc | A | Dividend | J | T | | | | | |
| 107.  Total System Services Inc | A | Dividend | J | T | | | | | |
| 108.  Travelers Companies Inc | A | Dividend | J | T | | | | | |
| 109.  Unit First Trust Dow Target 10 May 2012 R | A | Dividend | K | T | Sold (part) | 05/02/12 | K | A | |
| 110.  Unit First Trust Dow Target 10 May 2012 R | A | Dividend | K | T | Buy (add'l) | 05/04/12 | K | | |
| 111.  Verizon #1 | A | Dividend | J | T | | | | | |
| 112.  Verizon #2 | A | Dividend | J | T | | | | | |
| 113.  Washington Mutual Inc | A | Dividend | J | T | | | | | |
| 114.  American WA Mutual A #1 | B | Dividend | M | T | | | | | |
| 115.  American WA Mutual A #2 | B | Dividend | L | T | | | | | |
| 116.  American WA Mutual A #3 | A | Dividend | J | T | | | | | |
| 117.  Wells Fargo & Co New #1 | A | Dividend | K | T | | | | | |
| 118.  Wells Fargo & Co New #2 | A | Dividend | J | T | | | | | |
| 119.  Zimmer Holdings Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Trust #1 - Royal Dutch Shell | A | Dividend | L | T | | | | | |
| 121. Trust #1 - Allegheny Energy | A | Dividend | K | T | | | | | |
| 122. Trust #1 - Idearc | A | Int./Div. | J | T | | | | | |
| 123. Trust #1 - Eli Lily | A | Dividend | K | T | | | | | |
| 124. Trust #1 - Pepco Holdings Inc | A | Dividend | J | T | | | | | |
| 125. Trust #1 - Lain Farm | E | Rent | P1 | W | | | | | |
| 126. Mondelez Intl Inc Com | | None | J | T | Spinoff (from line 70) | 10/01/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII. Investments and Trusts

1. The rental property listed in Part VII, line 88 is located in Translyvania County, North Carolina, USA.

2. Trust # 1 consist of :  Royal Dutch Shell     value L

                     Allegheny Energy     value K

                     Idearc     value J

                     Eli Lily     value K

                     Pepco Holdings Inc     value J

                     [redacted]     value cost R     Annual Rental Income E   (This property was purchased in 1981 and is located outside the city limits in Johnson County, Indiana, USA.

3. Lines 17-19 - Capital World Growth & ncome Fd CL A, name changed to American Cap Wrld Gr & Inc A.

4. Line 39 - Duke Energy was formed due to the merger with Progress Energy on 07/02/12.

5. Lines 56-58 - Growth Fund of America CL a name changed to American Gr Fd of America A.

6. Line 71 - Legg Mason Partners Aggressive Growth Fd Cl C name changed to Legg Mason Clrbridge Agg Gw C

7. Line 72 - Legg Mason Value Trust Inc name changed to Legg mason Cap Mgmt Val C.

8. Line 75 - Licoln American Legacy View erroneously omitted in 2011.

9. Line 80 - Metlife Life & Ann Co of Conn TLAC Port Arch name changed to Metlife TVL Portfolioaccess.

10. Line 81 - Metlife Life & Ann Co of Conn TLAC Marquiss Portfolio name changed to Metlife TVL Portfolio.

11. Line 109-110 - UTS FPT Dow Target 10 name changed to Unit First Trust Dow Target 10 May 2012 R. Same item listed on line 109 & 110, shown twice to illustrate partial sale & partial purchase.

12. Line 113-115 - Washington Mutual Investors Fund CL A name changed to Washington WA Mutual A.

13. Article 5 Trust consist of lines:  10,18,20,27,31,4,42,45,48,51,54,57,65,84,87 & 117.

14. Article 6 Trust consist of lines:
3,5,6,7,9,11,12,13,16,22,23,28,3,32,35,38,39,41,47,53,55,60,62,63,64,67,68,69,70,76,78,79,82,83,86,90,91,93,94,98,105,106,108,111,112,114 & 116.

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/09/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **David C. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544